UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENEE DENISE CRITON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.  1:19-cv-01530-BAM<br><br>ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE BRIEF<br><br>(Doc. No. 21) |

　　　　Currently before the Court is Defendant's second motion for an extension of time to file a Responsive Brief in this case.  (Doc. No. 21.)  Defendant requests a twelve-day extension of time to October 21, 2020, in which to file a Responsive Brief.  Defendant's counsel explains that the extension of time is sought because of a family health emergency. The motion states that Defendant's counsel conferred with Plaintiff's counsel, who confirmed that Plaintiff does not oppose the requested extension.  Plaintiff has not filed an opposition to the motion, and the Court finds no prejudice will result from the requested extension of time.

　　　　Having considered the motion, the Court finds good cause to grant the requested extension.  Accordingly, IT IS HEREBY ORDERED:

　　　　1.　　Defendant's motion for an extension of time to file a Responsive Brief (Doc. No. 21) is GRANTED; and

2. Defendant's Responsive Brief shall be filed and served on or before October 21, 2020. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: **October 13, 2020**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE